

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-12-00151-CV

| | | |
|---|---|---|
| John McCracken | § | From the 342nd District Court |
| | § | of Tarrant County (342-250974-11) |
| v. | § | October 2, 2014 |
| | § | Opinion by Justice Dauphinot |
| MonoSol RX, LLC | § | Concurrence by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings.

It is further ordered that Appellee MonoSol RX, LLC shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _____
Justice Lee Ann Dauphinot